# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Anthony Richitelli, | No. CV-15-00410-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| John T Shartle, et al., | |
| Respondents. | |

On November 6, 2017, Magistrate Judge Velasco issued a Report and Recommendation (Doc. 31) recommending that this Court transfer this action to the United States District Court for the Eastern District of Texas. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. See also *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); Prior v. Ryan, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for

clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Judge Velasco's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Judge Velasco's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 31) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **transfer** the above-captioned action to the United States District Court for the Eastern District of Texas.

Dated this 28th day of November, 2017.

_____
Honorable Rosemary Márquez
United States District Judge